**FILED**

04/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0326

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0326

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

                                                     O R D E R

TIMOTHY JOHNSON,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2023